HARRY A. NOAH, Respondent, v. UNDERWOOD & UNDERWOOD, INC., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

GEORGE A. OUERBACKER, Appellant, v. SAMUEL CASTLEMAN, JR., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

SARAH L. PETTIT, Respondent, v. WALTER SOUTHARD, Appellant.— Judgment unanimously affirmed, with costs. No opinion. The fifth finding of fact is amended to read as follows: *Fifth.* That the defendant procured the signature of the plaintiff to the said assignment of mortgage by fraudulent misrepresentations, in that defendant falsely stated that such assignment was necessary to enable the defendant to collect the interest on the mortgage as it became due and payable. That plaintiff relied on such representation and believed it to be true. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE DEMASCO, Appellant.— Judgment of conviction of the County Court of Nassau county, and order, affirmed. No opinion. Kelly, P. J., Rich, Jaycox and Manning, JJ., concur; Young, J., dissents, being of opinion that the question as to whether or not Marino was an accomplice was one of fact to be submitted to the jury.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB SOMMERS, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM VITALE, Appellant.— Judgment of conviction of the County Court of Kings county, and order denying defendant's motion to withdraw plea of guilty, affirmed. The court was without power under section 337 of the Code of Criminal Procedure to permit a plea of guilty to be withdrawn after judgment imposing sentence. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JULIUS RENICK, Respondent, v. ETCO TRADING CORPORATION, Appellant.— Judgment reversed upon the facts, and order modified so as to direct that the defendant, within ten days after entry of this order, comply with the provisions of the judgment originally entered. Upon failure to so comply, the judgment and order are unanimously affirmed, without costs. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.